980 A.2d 31

**William NESMITH, Petitioner**

v.

**The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 87 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

---

980 A.2d 31

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jermaine WEEKS, Petitioner.**

**No. 84 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**